# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHN L. CUELLAR, | No. ED CV 10-1024-DOC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 10, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE